IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHNNY L. DORAZIO, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-273-CFC-SRF |
| | ) | |
| DAWN TINGLE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington on this 14th day of August in 2026, having considered the Report and Recommendation by United States Magistrate Judge Sherry R. Fallon filed on July 27, 2026 (D.I. 8), and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

It is HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation (D.I. 8) is **ADOPTED**.

2. Plaintiff has alleged what appears to be a cognizable Eighth Amendment excessive force claim against Defendant Dawn Tingle in her individual capacity. Plaintiff may proceed with this claim and his assault and battery claim.

3. Plaintiff has alleged what appears to be cognizable First Amendment retaliation claims against Defendants Dawn Tingle and Steven Schemeley in their individual capacities. Plaintiff may proceed with these claims.

4. Plaintiff's claims seeking monetary damages from Defendants in their official capacities are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(b)(iii) and 1915A(b)(2).

5. All other causes of action are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

Chief Judge